### RADWARE, LTD., Radware, Inc., Plaintiffs-Appellants

v.

### F5 NETWORKS, INC., Defendant-Cross-Appellant

**2017-1212, 2017-1248**

United States Court of Appeals, Federal Circuit.

September 18, 2017

FABIO E. MARINO, McDermott, Will & Emery LLP, Menlo Park, CA, argued for plaintiffs-appellants. Also represented by NITIN GAMBHIR; JOSHUA DAVID ROGACZEWSKI, Washington, DC.

RAMSEY M. AL-SALAM, Perkins Coie, LLP, Seattle, WA, argued for defendant-cross-appellant. Also represented by CHRISTINA JORDAN MCCULLOUGH, STEVAN R. STARK, JR.

(Newman, Dyk, and Taranto, Circuit Judges).

## JUDGMENT

PER CURIAM

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**